■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURTIS GREY, Appellant, v ANDREW P. MELONI, as Monroe County Sheriff, et al., Respondents.—Judgment unanimously affirmed. Memorandum: The court correctly dismissed the petition seeking a writ of habeas corpus. At petitioner's final parole revocation hearing, the Division of Parole proved through the non-hearsay testimony of a parole officer that petitioner violated a condition of his parole by failing to complete a treatment program at Changing Seasons Treatment Center because of an administrative discharge *(see, People ex rel. Manton v Von Holden,* 86 AD2d 967, *lv denied* 56 NY2d 505). (Appeal from Judgment of Monroe County Court, Wisner, J.—Habeas Corpus.) Present—Boomer, J. P., Pine, Lawton, Davis and Doerr, JJ.